*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: SEP 0 9 2008]*

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2008

**SO ORDERED**
The conference is adjourned to October 22, 2008 at 9:45 a.m.

*/s/ George B. Daniels*
**HON. GEORGE B. DANIELS**
SEP 0 9 2008

**BY FACSIMILE**
Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Carmen Cicalese et al.**
     **07 Cr. 1125**

Dear Judge Daniels:

    A conference in this case was scheduled for September 10, 2008 for defendants Julius Migdal and Louis Santos. The parties are engaged in plea discussions and seek additional time to pursue these discussions; additionally, defendant Migdal is undergoing medical treatment. A date in the second half of October (but not October 15, 30 or 31) would be convenient.

    The Government moves, without object from the defendants, to exclude time under the Speedy Trail Act, 18 U.S.C. § 3161(h)(8)(A), for these plea discussions, and submits that the need for such an exclusion is in the interests of justice.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Arlo Devlin-Brown*
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

cc:  John Mitchell, Esq.
     (counsel for Louis Santos)
     (212-334-5412)

     David Cohen
     (counsel for Julius Migdal)
     (718-793-4719)